# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Supreme Auto Transport, LLC,

Plaintiff(s),

v.

Arcelor Mittal, et al.,

Defendant(s).

Case No. 08-cv-05468
Judge Manish Shah

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: in favor of defendants Arcelor Mittal, Arcelor Mittal USA, Inc., United States Steel Corporation, Nucor Corporation, Gerdau Ameristeel Corporation, Steel Dynamics, Inc., AK Steel Holding Corporation, SSAB Swedish Steel Corporation, and Commercial Metals, Inc., and against plaintiff Supreme Auto Transport, LLC.

This action was *(check one)*:

☐ tried by a jury with Judge Manish Shah presiding, and the jury has rendered a verdict.
☐ tried by Judge Manish Shah without a jury and the above decision was reached.
☒ decided by Judge Manish Shah on a motion.

Date: 8/17/2017                                        Thomas G. Bruton, Clerk of Court

Susan McClintic , Deputy Clerk